# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Almond, Lincoln D. | United States District Court | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
Two Exchange Terrace, Room 208
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | All That Matters -- Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UMass Amherst | Tuition Agreement | J |
| 2. | Rensselaer Polytechnic Institute | Tuition Agreement | J |
| 3. | University of Rhode Island | Tuition Agreement | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Trust Accts | A | Interest | K | T | | | | | |
| 2. J. Hancock Freedom 529 (#1)(College Portfolio C2-No Control) | | None | | | Sold (part) | 01/23/13 | J | | |
| 3. | | | | | Sold (part) | 02/25/13 | J | | |
| 4. | | | | | Sold (part) | 03/25/13 | J | | |
| 5. | | | | | Sold (part) | 4/23/13 | J | | |
| 6. | | | | | Sold (part) | 07/05/13 | K | | |
| 7. | | | | | Sold | 07/22/13 | K | | |
| 8. J.Hancock Freedom 529(#2)(Portfolio 2013-2016 C2-No Control) | | None | | | Sold (part) | 01/10/13 | J | | |
| 9. | | | | | Sold (part) | 02/11/13 | J | | |
| 10. | | | | | Sold (part) | 03/11/13 | J | | |
| 11. | | | | | Sold (part) | 04/10/13 | J | | |
| 12. | | | | | Sold (part) | 07/16/13 | J | | |
| 13. | | | | | Sold (part) | 08/21/13 | J | | |
| 14. | | | | | Sold (part) | 09/19/13 | J | | |
| 15. | | | | | Sold (part) | 10/21/13 | J | | |
| 16. | | | | | Buy | 10/29/13 | J | | |
| 17. | | | | | Sold | 11/20/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J.Hancock Freedom 529 (#3)(College Portfolio) C2-No Control) | | None | J | T | Buy | 07/22/13 | K | | |
| 19. | | | | | Sold (part) | 07/24/13 | J | | |
| 20. | | | | | Sold (part) | 08/21/13 | J | | |
| 21. | | | | | Sold (part) | 09/19/13 | J | | |
| 22. | | | | | Sold (part) | 10/21/13 | J | | |
| 23. | | | | | Sold (part) | 11/20/13 | J | | |
| 24. | | | | | Sold (part) | 12/30/13 | J | | |
| 25. Commonwealth Financial Network - IRA #1 | | | | | | | | | |
| 26. -Russell Emerging Mkts - Class S (Y) | | None | | | Sold | 09/24/13 | K | | |
| 27. -Russell Global Real Estate Sec Fd - Class S | A | Dividend | K | T | | | | | |
| 28. -Russell Global Equity - Class S (Y) | | None | | | Sold | 09/24/13 | L | E | |
| 29. -Russell US Small Cap Equity Fund - Class S (Y) | | None | | | Sold | 09/24/13 | K | D | |
| 30. -Russell Int'l Developed Mkts Fund - Class S (Y) | | None | | | Sold | 09/24/13 | L | D | |
| 31. -Russell Strategic Bond (Y) | A | Dividend | | | Sold | 09/24/13 | L | B | |
| 32. -Russell Invt Co Commodity Strategies Fd - Class S | | None | K | T | | | | | |
| 33. -Russell Inv Co Global Infrastructure Fund (Y) | A | Dividend | | | Sold | 09/24/13 | K | C | |
| 34. -Russell Invt Co Global Op.Cr. Strategies Fund - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Russell Inv Co Multi-Strategy Alternative Fund-Class S (Y) | | None | | | Sold | 10/29/13 | J | A | |
| 36. - Russell Inv Co US Strategic Equity Fd - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | M | E | |
| 37. -AQR International Momentum Fund | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 38. -AQR Momentum Fund | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 39. -AQR Small Cap Momentum Fund | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 40. -ASG Global Alternatives Fund Y | | None | K | T | Buy | 10/29/13 | K | | |
| 41. -DFA Emerging Mkts Small Cap | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 42. -DFA Emerging Mkts Core Equity | A | Dividend | K | T | Buy | 10/21/13 | K | | |
| 43. -DFA International Core Equity | A | Dividend | L | T | Buy | 09/25/13 | L | | |
| 44. -DFA US Large Cap Value PRTF | A | Dividend | M | T | Buy | 09/25/13 | M | | |
| 45. -DFA US Small Cap Portfolio Instl | A | Dividend | K | T | Buy | 09/25/13 | L | | |
| 46. -Double Line Total Bond Fund | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 47. -Loomis Sayles Bond Instl | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 48. -Bank Deposit Sweep Program (X) | | None | J | T | Sold (part) | 02/22/13 | J | | |
| 49. | | | | | Sold (part) | 04/11/13 | J | | |
| 50. | | | | | Sold (part) | 07/10/13 | J | | |
| 51. | | | | | Sold (part) | 10/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Commonwealth Financial Network IRA #2 | | | | | | | | | |
| 53. -Russell Emerging Mkts - Class S (Y) | | None | | | Sold | 09/24/13 | J | A | |
| 54. -Russell Global Real Estate Sec Fd - Class S | A | Dividend | J | T | | | | | |
| 55. -Russell Global Equity (Y) | | | | | Sold | 09/24/13 | J | B | |
| 56. -Russell US Small Cap Equity - Class S (Y) | | None | | | Sold | 09/24/13 | J | B | |
| 57. -Russell Int'l Developed Mkts Fund - Class S (Y) | | None | | | Sold | 09/24/13 | J | C | |
| 58. -Russell Strategic Bond - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 59. -Russell Invt Co Commodity Strategies Fund - Class S | | None | J | T | | | | | |
| 60. -Russell Invt Co Global Infrastructure Fund - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 61. -Russell Invt Co Global Oppor Cr Strategies Fd - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 62. -Russell Invt Co Multi-Strategy Alternative Fd - Class S (Y) | | None | | | Sold | 10/29/13 | J | A | |
| 63. -Russell Invt Co US Strategic Eqty Fd - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | B | |
| 64. -AQR International Momentum Fund | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 65. -AQR Momentum Fund | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 66. -AQR Small Cap Momentum Fund | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 67. -ASG Global Alternatives Fund Y | | None | J | T | Buy | 10/29/13 | J | | |
| 68. -DFA Emerging Mrkts Core EQU Portfolio | A | Dividend | J | T | Buy | 10/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DFA International Core Equ | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 70. -DFA US Large Cap Value Prtf Instl | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 71. -DFA US Small Cap Portfolio Instl | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 72. -Double Line Total Return Bond Fd | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 73. -Loomis Sayles Bond Instl | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 74. -Bank Deposit Sweep Program (X) | | None | J | T | | | | | |
| 75. Commonwealth Financial Network Roth IRA #1 | | | | | | | | | |
| 76. - Russell Funds Emerging Mkts Fd - Class C (Y) | | None | | | Sold | 11/21/13 | J | A | |
| 77. Commonwealth Financial Network Roth IRA #2 | | | | | | | | | |
| 78. -Russell Funds Emerging Mkts Fd - Class C (Y) | | None | | | Sold | 11/21/13 | J | A | |
| 79. Commonwealth Financial Network ▨ Acct | | | | | | | | | |
| 80. -Russell Invt Co Global Infrastructure - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 81. -Russell Invt Co Commodity Strategies Fund - Class S (Y) | | None | | | Sold | 12/11/13 | J | A | |
| 82. -Russell Invt Co Global Oppor Cr Strategies Fund Class S (Y) | A | Dividend | | | Sold | 10/09/13 | J | A | |
| 83. -Russell Invt Co Global Real Est Sec Fd - Class S | A | Dividend | J | T | | | | | |
| 84. -Russell Short Dur Bd (Y) | | None | | | Sold | 01/09/13 | J | A | |
| 85. -Russell Global Equity (Y) | | None | | | Sold | 09/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Russell Int'l Developed Mkts Fd - Class S (Y) | | None | | | Sold | 09/24/13 | J | A | |
| 87. -Russell Inv Grade Bd (Y) | A | Dividend | | | Sold | 10/24/13 | J | A | |
| 88. -Russell Strategic Bond - Class S (Y) | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 89. -Russell Invt Co US Strategic Equity Fund - Class S (Y) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 90. -Russell Invt Co Multi-Strategy Alternative Fd - Class S (Y) | | None | | | Sold | 10/29/13 | J | A | |
| 91. -AQR Tax-Managed Internat'l Momentum | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 92. -AQR Tax-Managed Momentum | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 93. -AQR Tax-Managed Sm Cap Momentum | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 94. -ASG Global Alternatives Fund Y | A | Dividend | J | T | Buy | 10/29/13 | J | | |
| 95. -DFA International Core Equity | | None | J | T | Buy | 10/18/13 | J | | |
| 96. -DFA T A US Core Equity 2 Portfolio | | None | K | T | Buy | 10/07/13 | K | | |
| 97. -Bank Deposit Sweep Program (X) | | None | K | | | | | | |
| 98. Commonwealth Financial Network - Z | | | | | | | | | |
| 99. -FT Unit 3729 Target Global DVD | A | Dividend | J | T | | | | | |
| 100. -FT Unit 3787 Select DSIP Port | A | Dividend | J | T | | | | | |
| 101. -FT Unit 3995 Technology Select | A | Dividend | | | Sold | 07/10/13 | J | | |
| 102. Commonwealth Financial Network - C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -FT Unit 3995 Technology Select Port | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 104.  -FT Unit 4250 Target Global DVD Leaders | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 105.  -FT Unit 4284 Select DSIP Port | A | Dividend | J | T | Buy | 09/13/13 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Linda P. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. (Indicate part of report.)

Lines 7a and 7 - formerly "Wells Fargo Bank (A.8.4)" and "J.2." represent ongoing / reporting transactions.

Line 81 formerly "Wells Fargo (A.8.4) (J.2)"

Line 98 formerly "First Distribution Of Target Stock Dividend 4Q12"

Line 110 formerly "First Total Portion 4Q12 (J.2)" — "First Portion Sold (HSR Part (J.2))"

## IX. CERTIFICATION

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Lincoln D. Almond

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544